Jeffrey I. Hasson
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR  97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Washington State Bar No. 23741
Attorney for Defendant CACH, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY HUNT AND EDWARD HUNT, JR., AND THEIR MARITAL COMMUNITY,<br><br>           Plaintiff,<br><br> vs.<br><br>CACH, LLC, ET AL,<br><br>   Defendants. | Case No.: CV-09-378-EFS<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

The parties, by and through their counsel of record, hereby stipulate to the entry of the subjoined Order of Dismissal, and this Court shall retain jurisdiction for purposes of determination of the Attorney Lien filed in this case.

Proceeds shall be disbursed in accordance with the parties' Settlement

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. CV-09-378-EFS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\8700\0003\p-order of dismissal.doc

1    Agreement to Kirk Miller, PS.

2         Miller shall deposit the proceeds in his trust account and shall not disburse

3    the proceeds until after further Order of this Court as to the disposition of those

4    proceeds.

5    DAVENPORT & HASSON, LLP        MILLER & ASSOCIATES, PS

6    s/ Jeffrey I. Hasson                    s/ Kirk D. Miller
     Jeffrey I. Hasson                       Kirk D. Miller
7    Attorney for CACH                       Attorney for Hunt
     Dated: March 24, 2010                   Dated: March 26, 2010
8
                                             D.L. JOHNSON LAW OFFICE
9
     s/ David Sean Dufek                     s/ Deanna L. Johnson
10   David Sean Dufek                        Deanna L. Johnson
     Defendant                               Attorney for Hunt
11   Dated: March 24, 2010                   Dated: March 26, 2010

12                                           WENGER & ASSOCIATES, PS

13                                           (see attached fax signature)
                                             Marlene K. Wenger
14                                           Attorney Lien Party
                                             Dated:

15

16

17

18

19

20

21

22

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. CV-09-378-EFS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\8700\0003\p-order of dismissal.doc

1

## <u>ORDER</u>

2          NOW, THEREFORE, it is hereby

3          ORDERED that Plaintiff's claims against Defendants are hereby

4    DISMISSED WITH PREJUDICE, and without costs or fees to either plaintiff or

5    defendants; and it is further

6          ORDERED that this Court shall retain jurisdiction for purposes of

7    determination of the Attorney Lien filed in this case, and it is further

8          ORDERED that Miller shall deposit the proceeds in his trust account and

9    shall not disburse the proceeds until after further Order of this Court as to the

10   disposition of those proceeds.

11         DATED _____3/29/10_____

12

13                                    _____s/ Edward F. Shea_____

14                                    Edward F. Shea, Judge
                                      US District Court

15

16   Presented by:

17   s/ Jeffrey I. Hasson_____
     Jeffrey I. Hasson, WSBA#23741

18   Attorney for CACH Text

19

20

21

22

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. CV-09-378-EFS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\8700\0003\p-order of dismissal.doc

1   **ORDER**

2   NOW, THEREFORE, it is hereby

3   ORDERED that Plaintiff's claims against Defendants are hereby

4   DISMISSED WITH PREJUDICE, and without costs or fees to either plaintiff or

5   defendants; and it is further

6   ORDERED that this Court shall retain jurisdiction for purposes of

7   determination of the Attorney Lien filed in this case, and it is further

8   ORDERED that Miller shall deposit the proceeds in his trust account and

9   shall not disburse the proceeds until after further Order of this Court as to the

10   disposition of those proceeds.   This file shall be CLOSED.

11   DATED:_____

12

13

14   Edward F. Shea, Judge
    US District Court

15

16   Presented by:

17   s/ Jeffrey I. Hasson
    Jeffrey I. Hasson, WSBA#23741
18   Attorney for CACH

19

20

21   MARLENE K. WENGER
    WSBA 35478
22

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. CV-09-378-EFS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\8700\0003\p-order of dismissal.doc